IN THE SUPREME COURT OF THE STATE OF NEVADA

MAX MONES,
                                    Appellant,
                    vs.
THE STATE OF NEVADA,
                                    Respondent.

No. 85113

FILED

SEP 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order denying a pretrial petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

Because no appeal lies from an order denying a pretrial petition for a writ of habeas corpus, this court entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *See Kussman v. District Court*, 96 Nev. 544, 545-46, 612 P.2d 679, 680 (1980) (explaining that legislative amendments eliminated the right to appeal from an order denying a pretrial habeas petition). Appellant has responded and first argues that this court should overturn its precedents and conclude that an appeal on a pretrial petition for a writ of habeas corpus is a final appealable judgment. This court declines this invitation. In the alternative, appellant asks this court to construe the appeal as an original petition for a writ of habeas corpus to this court directly. The request is denied. Appellant can seek this court's review

SUPREME COURT
OF
NEVADA

(O) 1947A

22-29342

through a mandamus proceeding. provided he meets the requirements for mandamus relief. *See id.* This court lacks jurisdiction over this appeal and therefore

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Jacqueline M. Bluth, District Judge
        Isso & Associates Law Firm, PLLC
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk